IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NAKIA HUGGINS,
    Plaintiff,

vs.          CASE NO.: 5:05cv248-SPM/MD

SERGEANT JOSHUA JOHNSON, et al.,
    Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 52) dated November 7, 2006. The parties have been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 52) is ADOPTED and incorporated by reference in this order.

2. The motions for summary judgment (docs 35 and 44) are denied.

3. This case is referred to the magistrate judge for further proceedings.

DONE AND ORDERED this 12th day of December, 2006.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge