IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**NAKIA HUGGINS,**
    Plaintiff,

vs.                                            Case No.: 5:05cv248/SPM/MD

**SERGEANT JOSHUA JOHNSON, et al.,**
    Defendants.

___

### REPORT AND RECOMMENDATION

      This cause is before upon plaintiff filing a notice of voluntary dismissal.  (Doc. 67).  Plaintiff states that he has signed a Release of All Claims, that the parties have amicably settled this case, and that no controversy exists. Plaintiff requests that this case be dismissed with prejudice.  Defendants have filed a Notice of Settlement, indicating the same.  (Doc. 68).

      Accordingly, it is respectfully RECOMMENDED:

      1.  That this case be DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a).

      2.  That the Clerk be directed to close the file.

      At Pensacola, Florida, this 5th day of April, 2007.


                    /s/ *Miles Davis*
                    MILES DAVIS
                    UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**