IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NAKIA HUGGINS,
    Plaintiff,

vs.                        CASE NO.: 5:05cv248-SPM/MD

SERGEANT JOSHUA JOHNSON, et al.,
    Defendants.
_____/

### ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 70) dated April 5, 2007. The parties have been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 70) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed with prejudice based on the parties' settlement and Federal Rule of Civil Procedure 41(a)(2). The clerk shall close this case.

DONE AND ORDERED this 9th day of May, 2007.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge