IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NAKIA HUGGINS,

    Plaintiff,

vs.                                  CASE NO.:  5:05cv248-SPM/CJK

SERGEANT JOSHUA JOHNSON, et al.,

    Defendants.

_____/

**ORDER DENYING MOTION TO ENFORCE SETTLEMENT AGREEMENT**

      This cause comes before the Court for consideration of Plaintiff's "Motion to Seek Enforcement of the Terms of the Settlement Agreement Entered in the Above Styled Case."  Doc. 78.  This case was voluntarily dismissed under Rule 41 pursuant to a settlement agreement by the parties.  The settlement agreement was never presented to the Court for approval or incorporated into the terms of an order over which the Court retained jurisdiction.

      Under these circumstances, while the settlement agreement may constitute a contract between the parties that is enforceable in state court, this Court lacks jurisdiction to enforce the settlement agreement in the absence of an independent basis to assert federal jurisdiction.  Kokkonen v. Guardian Life Ins. Co. of Am., 511

U.S. 375, 381-82 (1994).  There is no such independent basis in this case.  Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The motion to enforce the settlement agreement (doc. 78) is denied.

    2.    The denial is without prejudice to Plaintiff's opportunity to seek enforcement in state court.

    DONE AND ORDERED this 21st day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge